UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MCGUIGAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-01207-KES-BAM<br><br>ORDER GRANTING STIPULATION REGARDING ATTORNEYS' FEES, COSTS AND EXTENSES AND STIPULATION TO DISMISS ACTION<br><br>(Docs. 22, 23) |

　　　　Plaintiffs William McGuigan and Ying Liu ("Plaintiffs") and Defendant Ford Motor Company ("Defendant") filed a stipulation regarding attorneys' fees, costs, and expenses, Doc. 22, and a stipulation to dismiss the action with prejudice, Doc. 23.

　　　　The Court, having considered the stipulations and good cause appearing, hereby GRANTS the stipulations and ORDERS as follows:

1. Defendant shall pay Plaintiffs' attorney fees, costs and expenses in the amount of $11,500.00 within 45 days of March 28, 2024.  Payment shall be tendered in a check made payable to the Knight Law Group;
2. This action is dismissed with prejudice;
3. The Clerk of Court shall vacate any pending motions and CLOSE this case; and

//

//

1

4. At the parties' request, the Court shall retain jurisdiction over the parties' performance under their settlement agreement through and including May 13, 2024.

IT IS SO ORDERED.

Dated:   April 10, 2024

UNITED STATES DISTRICT JUDGE

2